UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 07-374-01 JMR/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Mark Julian Lee, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 30, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence obtained as a result of search and seizure [#30] is DENIED as moot based upon the Government' representation that no searches or seizures were conducted.

DATED: January 2, 2008                    s/James M. Rosenbaum
at Minneapolis, Minnesota              CHIEF JUDGE JAMES M. ROSENBAUM
                                                              United States District Court